No. 5,389.—BRANSON C. STEVENSON, RESPONDENT, *v.* BLACK MAGIC OIL CO., APPELLANT.

*Appeal from District Court, Cascade County.*

Decided September 19, 1924.

PER CURIAM.—Upon motion of respondent the appeal in the above-entitled cause is ordered dismissed.

*Messrs. Norris, Hurd & Rhoades,* for Respondent.

---

No. 5,390.—STATE EX REL. D. J. MARQUETTE, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control directed to the District Court of Silver Bow County and one of its Judges.

Decided September 19, 1923.

PER CURIAM.—Relator's application for Writ of Supervisory Control is this day, after due consideration, denied.

*Mr. E. J. Cummins,* for Relator.